UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: SCHOPF'S HILLTOP DAIRY, LLC  § Case No. 15-33333
                                    §
                                    §
                                    §
         Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Andrew N. Herbach, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $4,035,583.17 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $251,137.34 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $272,609.22 | | |

3) Total gross receipts of $523,746.56 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $523,746.56 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,204,758.46 | $4,439,224.98 | $4,287,801.18 | $251,137.34 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $112,656.68 | $112,656.68 | $112,656.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $838,347.08 | $413,157.08 | $159,952.54 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $272,933.19 | $796,921.54 | $412,409.23 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $2,741,840.52 | $2,205,241.84 | $1,365,446.46 | $0.00 |
| **TOTAL DISBURSEMENTS** | $11,219,532.17 | $8,392,392.12 | $6,591,470.63 | $523,746.56 |

4) This case was originally filed under chapter 7 on 12/14/2015, and it was converted to chapter 7 on 07/11/2017. The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/01/2020     By: /s/ Andrew N. Herbach
                                         Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Internal Revenue Service refund | 1290-000 | $1,441.58 |
| Claim against Land O'Lakes for defective feed | 1149-000 | $521,729.78 |
| 2014 Chevy Silverado | 1229-000 | $575.20 |
| **TOTAL GROSS RECEIPTS** | | **$523,746.56** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DLL Finance LLC f/k/a Agricredit Acceptance LLC | 4210-000 | $1,900.00 | $1,912.11 | $1,912.11 | $0.00 |
| 3-1S | Department of Treasury Internal Revenue Serv | 4300-000 | $0.00 | $80,227.46 | $0.00 | $0.00 |
| 3-2S | Insolvency Unit West 17, Grp 4-Milwaukee | 4110-000 | NA | $80,227.46 | $80,227.46 | $0.00 |
| 5 | Farm Service Agency | 4110-000 | $274,000.00 | $283,924.83 | $283,924.83 | $0.00 |
| 6 | Deere & Company | 4210-000 | $0.00 | $68,722.08 | $68,722.08 | $0.00 |
| 7-1S | Wisconsin Department of Revenue | 4110-000 | $0.00 | $6,062.12 | $0.00 | $0.00 |
| 7-2S | Wisconsin Department of Revenue Attn: Special Procedures Unit | 4110-000 | NA | $6,062.12 | $6,062.12 | $0.00 |
| 13 -2 | Manitou Finance | 4210-000 | $49,626.00 | $54,842.94 | $54,842.94 | $0.00 |
| 13-1 | Manitou Finance | 4110-000 | NA | $65,134.22 | $0.00 | $0.00 |
| 16 | Investors Community Bank | 4110-000 | $3,469,292.00 | $3,536,119.93 | $3,536,119.93 | $0.00 |
| 27 | Premier Concrete, Inc. Cecilia McCormack | 4110-000 | $4,192.38 | $4,852.37 | $4,852.37 | $0.00 |
| S1 | Dennis Schopf (Order #89) | 4210-000 | $0.00 | $9,840.00 | $9,840.00 | $9,840.00 |
| S2 | Dennis Schopf | 4210-000 | $0.00 | $80,432.45 | $80,432.45 | $80,432.45 |
| S3 | Investors Community Bank | 4210-000 | NA | $160,864.89 | $160,864.89 | $160,864.89 |
| N/F | Agricredit Acceptance LLC | 4110-000 | $1,900.00 | NA | NA | NA |
| N/F | Cooperative Finance Association, Inc. | 4110-000 | $302,588.00 | NA | NA | NA |
| N/F | Deere & Company | 4110-000 | $68,722.08 | NA | NA | NA |
| N/F | Investors Community Bank | 4110-000 | $3,469,292.00 | NA | NA | NA |
| N/F | Manitou Finance | 4110-000 | $49,526.00 | NA | NA | NA |
| N/F | S&B Farm, LLC | 4110-000 | $239,720.00 | NA | NA | NA |
| N/F | USDA Farm Service Agency | 4110-000 | $274,000.00 | NA | NA | NA |
| | TOTAL SECURED | | $8,204,758.46 | $4,439,224.98 | $4,287,801.18 | $251,137.34 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Andrew N. Herbach | 2100-000 | NA | $29,437.33 | $29,437.33 | $29,437.33 |
| Trustee, Expenses - Andrew N. Herbach | 2200-000 | NA | $298.40 | $298.40 | $298.40 |
| Fees, United States Trustee | 2950-000 | NA | $6,500.00 | $6,500.00 | $6,500.00 |
| Banking and Technology Service Fee - Mechanics Bank | 2600-000 | NA | $1,041.46 | $1,041.46 | $1,041.46 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $166.58 | $166.58 | $166.58 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,462.15 | $1,462.15 | $1,462.15 |
| Special Counsel for Trustee Fees - Steinhilber, Swanson LLP (Order #399) | 3210-600 | NA | $71,138.97 | $71,138.97 | $71,138.97 |
| Special Counsel for Trustee Expenses - Steinhilber, Swanson LLP (Order #399) | 3220-610 | NA | $361.79 | $361.79 | $361.79 |
| Accountant for Trustee Fees (Other Firm) - Prudence Kilby, CPA | 3410-000 | NA | $2,250.00 | $2,250.00 | $2,250.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$112,656.68** | **$112,656.68** | **$112,656.68** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prior Chapter Trade Debt - S & B Farm LLC (Order #357) | 6910-000 | NA | $420,928.26 | $196,207.62 | $75,961.20 |
| Prior Chapter Other State or Local Taxes - Wisconsin Department of Revenue <b>(ADMINISTRATIVE)</b> | 6820-000 | NA | $2,876.15 | $2,876.15 | $1,113.49 |
| Prior Chapter Accountant for Trustee/DIP Expenses (Other Firm) - GreenStone Farm Credit Services (Order #283) | 6420-000 | NA | $2,156.25 | $456.25 | $176.63 |
| Prior Chapter Accountant for Trustee/DIP Fees (Other Firm) - GreenStone Farm Credit Services (Order #283) | 6410-000 | NA | $2,156.25 | $1,700.00 | $658.15 |
| Attorney for Creditor's Committee Expenses (Chapter 11) - Kerkman Wagner & Dunn (Order #300) | 6710-150 | NA | $14,015.60 | $32.60 | $12.62 |
| Attorney for Creditor's Committee Fees (Chapter 11) - Kerkman Wagner & Dunn (Order #300) | 6700-140 | NA | $14,015.60 | $13,983.00 | $5,413.48 |
| Prior Chapter Trade Debt - Tarkowski Grain & Roasting (Failed to file Motion to Approve Administrative Claim as required by court order #315 as clarified in #349). | 6910-000 | NA | $27,171.81 | $0.00 | $0.00 |
| Attorney for Creditor's Committee Fees (Chapter 11) - Petrie + Pettit (Order #299) | 6700-140 | NA | $6,603.00 | $4,526.00 | $1,752.23 |
| Prior Chapter Trade Debt - CP Feeds (Failed to file Motion to Approve Administrative Claim as required by court order #315 as clarified in #349). | 6910-000 | NA | $51,733.07 | $0.00 | $0.00 |
| Attorney for D-I-P Expenses - Steinhilber, Swanson LLP (Order #282) | 6220-170 | NA | $95,643.13 | $4,442.88 | $1,720.05 |
| Attorney for D-I-P Fees - Steinhilber, Swanson LLP (Order #282) | 6210-160 | NA | $95,643.13 | $83,527.75 | $32,337.52 |
| Prior Chapter Other State or Local Taxes - State of Wisconsin, DWD, Unemployment Insurance <b>(ADMINISTRATIVE)</b> | 6820-000 | NA | $3,280.64 | $3,280.64 | $1,270.09 |
| Consultant Fees (Chapter 11) - Wenzel Dairy Business Consulting LLC (Order #281) | 6700-340 | NA | $5,444.00 | $5,444.00 | $2,107.63 |

| | | | | | |
|---|---|---|---|---|---|
| Other Prior Chapter Professional Fees - Martin J. Cowie (Order #284) | 6700-000 | NA | $1,312.50 | $1,312.50 | $508.13 |
| Prior Chapter Trade Debt - The Cooperative Finance Association, Inc. (Order 343) | 6910-000 | NA | $95,367.69 | $95,367.69 | $36,921.32 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$0.00** | **$838,347.08** | **$413,157.08** | **$159,952.54** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3-1P | Department of Treasury Internal Revenue Serv | 5800-000 | $235,378.88 | $363,899.58 | $0.00 | $0.00 |
| 3-2P | Insolvency Unit West 17, Grp 4-Milwaukee | 5800-000 | NA | $380,399.92 | $380,399.92 | $0.00 |
| 7-1P | Wisconsin Department of Revenue | 5800-000 | $26,467.49 | $20,612.73 | $0.00 | $0.00 |
| 7-2P | Wisconsin Department of Revenue Attn: Special Procedures Unit | 5800-000 | NA | $21,326.76 | $21,326.76 | $0.00 |
| 11 | State of Wisconsin DWD - Unemployment Insurance | 5800-000 | $11,086.82 | $10,682.55 | $10,682.55 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$272,933.19** | **$796,921.54** | **$412,409.23** | **$0.00** |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2-1 | Fermented Nutrition Corporation | 7100-000 | $3,047.00 | $2,746.84 | $0.00 | $0.00 |
| 2-2 | Fermented Nutrition Corporation | 7100-000 | NA | $2,451.84 | $2,451.84 | $0.00 |
| 3-1U | Insolvency Unit West 17, Grp 4-Milwaukee | 7100-000 | NA | $105,993.55 | $0.00 | $0.00 |
| 3-2U | Department of Treasury | 7100-000 | $0.00 | $118,651.87 | $118,651.87 | $0.00 |
| 4 | Country Visions | 7100-000 | $55,112.00 | $55,142.13 | $55,142.13 | $0.00 |
| 7-1U | Wisconsin Department of Revenue Attn: Special Procedures Unit | 7100-000 | NA | $2,274.55 | $0.00 | $0.00 |
| 7-2U | Wisconsin Department of Revenue | 7100-000 | $0.00 | $2,752.29 | $2,752.29 | $0.00 |
| 8 | Wisconsin Public Service Corporation | 7100-000 | $48,138.00 | $37,630.63 | $37,630.63 | $0.00 |
| 9-1 | Baril Engine Rebuilding, Inc. | 7100-000 | $6,366.00 | $5,263.75 | $0.00 | $0.00 |
| 9-2 | Baril Engine Rebuilding, Inc. | 7100-000 | NA | $5,263.75 | $5,263.75 | $0.00 |
| 10 | Carquest Auto Parts | 7100-000 | $1,438.00 | $1,864.73 | $1,864.73 | $0.00 |
| 12 | Rio Creek Feed Mill, Inc. | 7100-000 | $95,532.93 | $95,543.64 | $95,543.64 | $0.00 |
| 14 | CP Feeds, LLC | 7100-000 | $651,216.84 | $143,679.57 | $143,679.57 | $0.00 |
| 15 | CP Feeds, LLC | 7100-000 | $0.00 | $511,638.89 | $511,638.89 | $0.00 |
| 17 | DeLaval Inc. | 7100-000 | $0.00 | $11,186.81 | $11,186.81 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 18-1-3 | The Cooperative Finance Association, Inc. Attorney Jane F. (Ginger) Zimmerman Murphy Desmond S.C. | 7100-000 | $302,588.00 | $302,588.43 | $0.00 | $0.00 |
| 18-4 | The Cooperative Finance Association, Inc. Attorney Jane F. (Ginger) Zimmerman Murphy Desmond S.C. | 7100-000 | NA | $302,588.43 | $302,588.43 | $0.00 |
| 19-1 | S & B Farm LLC | 7100-000 | $239,720.00 | $224,720.64 | $0.00 | $0.00 |
| 19-2 | S & B Farm LLC | 7100-000 | NA | $196,207.62 | $0.00 | $0.00 |
| 20 | R L Holding Co LLC f/k/a Modern Dairy Systems LLC Steve Lamers | 7100-000 | $0.00 | $24,060.27 | $24,060.27 | $0.00 |
| 23 | Carquest Auto Parts | 7100-000 | $1,438.00 | $1,864.73 | $1,864.73 | $0.00 |
| 24 | Wisconsin Public Service Corporation | 7100-000 | $48,138.00 | $44,831.29 | $44,831.29 | $0.00 |
| 25 | Vantage Dairy Supplies LLC | 7100-000 | $0.00 | $2,437.46 | $2,437.46 | $0.00 |
| 31 | Commercial Laundry Sales | 7100-000 | $4,424.00 | $3,858.13 | $3,858.13 | $0.00 |
| N/F | Ally | 7100-000 | $1,353.22 | NA | NA | NA |
| N/F | Attorney Troy R. Schneider | 7100-000 | $2,072.00 | NA | NA | NA |
| N/F | Badger State Rebuilders Inc. | 7100-000 | $500.00 | NA | NA | NA |
| N/F | Baril Engine | 7100-000 | $6,366.00 | NA | NA | NA |
| N/F | Bayside Veterinary Clinic SC | 7100-000 | $11,701.24 | NA | NA | NA |
| N/F | CNH | 7100-000 | $19,860.00 | NA | NA | NA |
| N/F | CP Feeds | 7100-000 | $651,216.84 | NA | NA | NA |
| N/F | CP Feeds | 7100-000 | $51,262.02 | NA | NA | NA |
| N/F | Carquest | 7100-000 | $1,438.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Commercial Laundry | 7100-000 | $4,424.00 | NA | NA | NA |
| N/F | Cooperative Finance Association, Inc. | 7100-000 | $28,000.00 | NA | NA | NA |
| N/F | Country Visions | 7100-000 | $55,112.00 | NA | NA | NA |
| N/F | DeLaval | 7100-000 | $989.20 | NA | NA | NA |
| N/F | Dennis Schopf | 7100-000 | $4,000.00 | NA | NA | NA |
| N/F | Door County Veterinary | 7100-000 | $4,861.00 | NA | NA | NA |
| N/F | Fermented Nutrition | 7100-000 | $3,047.00 | NA | NA | NA |
| N/F | Genex Cooperative Inc. | 7100-000 | $3,680.50 | NA | NA | NA |
| N/F | Green Bay Insurance | 7100-000 | $4,009.00 | NA | NA | NA |
| N/F | Larry Dufek | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Luxemburg Motor Company | 7100-000 | $2,815.73 | NA | NA | NA |
| N/F | Office of the U.S. Trustee | 7100-000 | $4,875.00 | NA | NA | NA |
| N/F | Premier Concrete | 7100-000 | $4,192.38 | NA | NA | NA |
| N/F | RL Holding Company | 7100-000 | $30,021.00 | NA | NA | NA |
| N/F | Rio Creek | 7100-000 | $95,532.93 | NA | NA | NA |
| N/F | S&B Farm, LLC | 7100-000 | $196,207.62 | NA | NA | NA |
| N/F | Soil Specialists, Ltd | 7100-000 | $2,587.70 | NA | NA | NA |
| N/F | Spartan Construction | 7100-000 | $970.00 | NA | NA | NA |
| N/F | Stahl Concrete | 7100-000 | $16,675.00 | NA | NA | NA |
| N/F | Tarkowski Grain & Roasting | 7100-000 | $19,503.61 | NA | NA | NA |
| N/F | Vantage Dairy Supplies LLC | 7100-000 | $2,437.46 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | WPS | 7100-000 | $48,138.00 | NA | NA | NA |
| N/F | Wisconsin Public Service | 7100-000 | $6,833.30 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$2,741,840.52** | **$2,205,241.84** | **$1,365,446.46** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| | |
|---|---|
| Case No.: 15-33333 | Trustee Name: (690130) Andrew N. Herbach |
| Case Name: SCHOPF'S HILLTOP DAIRY, LLC | Date Filed (f) or Converted (c): 07/11/2017 (c) |
| | § 341(a) Meeting Date: 08/07/2017 |
| For Period Ending: 09/01/2020 | Claims Bar Date: 10/30/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Real estate and improvments - 3 freestall barns<br>Motion for Relief From Stay granted in Chapter 11. (See Footnote) | 1,395,000.00 | 0.00 | OA | 0.00 | FA |
| 2* | Property owned by Dennis and Roxanne Schopf<br>Additional collateral for loan with Investors Community Bank. This property is owned by the member of the LLC (not the Debtor LLC) and is not property of the bankruptcy estate. (See Footnote) | 0.00 | 0.00 | OA | 0.00 | FA |
| 3 | Checking Account at Investors Community | 50.00 | 0.00 | OA | 0.00 | FA |
| 4* | Checking Account Account at Northshore Bank<br>Subject to Investors Community Bank lien (See Footnote) | 55.00 | 0.00 | OA | 0.00 | FA |
| 5* | Account with Door County Coop, drawn against (u)<br>Not included in original schedules. Subject to set off (lien). Amended schedules docket #67. (See Footnote) | 5,173.61 | 0.00 | OA | 0.00 | FA |
| 6 | Possible security deposit at WPS<br>Subject to setoff. | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | Possible AD&D or other life insurance policy<br>No cash value. | 0.00 | 0.00 | OA | 0.00 | FA |
| 8* | A/R 90 days old or less. Face amount = $80,227.4<br>Original schedules (docket #16) and amended schedules (docket #67) list value at $80,227.46. Subject to secured creditors' liens (Final Report estimates at approximately $4 million). See docket #280 (update to the schedules as reflected on Final Report). (See Footnote) | 163,512.79 | 0.00 | OA | 0.00 | FA |
| 9* | Claim against Land O'Lakes for defective feed<br>Value was estimated as unknown by debtor.<br><br>This claim is the subject of the Motion to Compromise Docket #378 and Order Approving Motion to Compromise docket #389.<br><br>Settlement is comprised of value of the Land O'Lakes stock (see paragraph 4 of Motion to Compromise docket #378):<br>Distributed as follows:<br>Total received $321,729.78<br>Half to Investors Community Bank: $160,864.89<br>Quarter to Dennis Schopf: $80,432.45<br>Quarter retained by Trustee for benefit of creditors: $80,432.44<br><br>Settlement is also comprised of settlement related to the adversary proceeding against Land O'Lakes, Purina and CP Feeds (see paragraph 5 of Motion to Compromise docket #378).<br>Payments to Trustee as follows:<br>Purina $150,000<br>CP Feeds $50,000 (See Footnote) | 10,000.00 | 10,000.00 | | 521,729.78 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 2

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

| Case No.: | 15-33333 | Trustee Name: | (690130) Andrew N. Herbach |
| --- | --- | --- | --- |
| Case Name: | SCHOPF'S HILLTOP DAIRY, LLC | Date Filed (f) or Converted (c): | 07/11/2017 (c) |
| | | § 341(a) Meeting Date: | 08/07/2017 |
| For Period Ending: | 09/01/2020 | Claims Bar Date: | 10/30/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Office equipment<br><br>Included in asset #13 (farm equipment). Subject to secured creditors' liens. Amended schedules docket #67. | 0.00 | 0.00 | OA | 0.00 | FA |
| 11* | Cattle: 427 cows ($1024800), 96 bred heifers<br><br>Subject to secured creditors' liens. Motion for Relief from Stay has been granted in the Chapter 7.<br><br>Amount in original schedules $1383700.00<br>Additional cattle (as reflected in docket #280) $126,000.00<br>Total $1509700.00<br>See docket #280 (update to the schedules as reflected on Final Report). (See Footnote) | 1,509,700.00 | 0.00 | OA | 0.00 | FA |
| 12* | Crops: 1700 tons of corn silage<br><br>Subject to secured creditors' liens.<br><br>See docket #280 (update to the schedules as reflected on Final Report). (See Footnote) | 6,549.00 | 0.00 | OA | 0.00 | FA |
| 13 | Farm equipment: Machinery/Equipment/Supplies<br><br>Subject to secured creditors' liens. | 887,000.00 | 0.00 | OA | 0.00 | FA |
| 14 | Feed inventory<br><br>Subject to secured creditors' liens. | 50,000.00 | 0.00 | OA | 0.00 | FA |
| 15* | Internal Revenue Service refund (u)<br><br>Return of payment under cash collateral agreement (post-conversion portion). (See Footnote) | 1,441.58 | 1,441.58 | | 1,441.58 | FA |
| 16* | 2014 Chevy Silverado (u)<br><br>Debtor discovered that leased 2014 Chevy Silverado was titled in the name of the Debtor LLC when the vehicle was returned to Jim Olson Motors. Amount turned over was the difference between the fair market value and the remaining debt on the vehicle. Debt ($14,424.80), fair market value ($15,000), and turnover amount verified with dealership. (See Footnote) | 15,000.00 | 575.20 | | 575.20 | FA |
| 17* | Cash (as reported in the Final Report) (u)<br><br>Not in original schedules. Subject to Investors Community Bank lien (listed as approximately $4 million in Final Report docket #280)<br><br>Added in Final Report (docket #280)<br>See docket #280 (update to the schedules as reflected on Final Report). (See Footnote) | 18,542.77 | 0.00 | OA | 0.00 | FA |
| 17 | **Assets Totals (Excluding unknown values)** | **$4,062,024.75** | **$12,016.78** | | **$523,746.56** | **$0.00** |

| RE PROP# 1 | Motion for Relief From Stay granted in Chapter 11. |
| --- | --- |
| RE PROP# 2 | Additional collateral for loan with Investors Community Bank. This property is owned by the member of the LLC (not the Debtor LLC) and is not property of the bankruptcy estate. |
| RE PROP# 4 | Subject to Investors Community Bank lien |
| RE PROP# 5 | Not included in original schedules. Subject to set off (lien). Amended schedules docket #67. |
| RE PROP# 8 | Original schedules (docket #16) and amended schedules (docket #67) list value at $80,227.46. Subject to secured creditors' liens (Final Report estimates at approximately $4 million). See docket #280 (update to the schedules as reflected on Final Report) |

Case 15-33333-gmh    Doc 421    Filed 09/10/20    Page 13 of 19

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
# Individual Estate Property Record and Report
## Asset Cases
Exhibit 8
Page: 3

| | |
|---|---|
| **Case No.:** 15-33333 | **Trustee Name:** (690130) Andrew N. Herbach |
| **Case Name:** SCHOPF'S HILLTOP DAIRY, LLC | **Date Filed (f) or Converted (c):** 07/11/2017 (c) |
| | **§ 341(a) Meeting Date:** 08/07/2017 |
| **For Period Ending:** 09/01/2020 | **Claims Bar Date:** 10/30/2017 |

RE PROP# 9   Value was estimated as unknown by debtor. Trustee initially valued claim at (at least) $10,000.

This claim is the subject of the Motion to Compromise Docket #378 and Order Approving Motion to Compromise docket #389.

Settlement is comprised of value of the Land O'Lakes stock (see paragraph 4 of Motion to Compromise docket #378):
Distributed as follows:
Total received $321,729.78
Half to Investors Community Bank: $160,864.89
Quarter to Dennis Schopf: $80,432.45
Quarter retained by Trustee for benefit of creditors: $80,432.44

Settlement is also comprised of settlement related to the adversary proceeding against Land O'Lakes, Purina and CP Feeds (see paragraph 5 of Motion to Compromise docket #378).
Payments to Trustee as follows:
Purina $150,000
CP Feeds $50,000

RE PROP# 11   Subject to secured creditors' liens. Motion for Relief from Stay has been granted in the Chapter 7.

Amount in original schedules $1383700.00
Additional cattle (as reflected in docket #280) $126,000.00
Total $1509700.00
See docket #280 (update to the schedules as reflected on Final Report).

RE PROP# 12   Subject to secured creditors' liens.

See docket #280 (update to the schedules as reflected on Final Report).

RE PROP# 15   Return of payment under cash collateral agreement (post-conversion portion).

RE PROP# 16   Debtor discovered that leased 2014 Chevy Silverado was titled in the name of the Debtor LLC when the vehicle was returned to Jim Olson Motors. Amount turned over was the difference between the fair market value and the remaining debt on the vehicle. Debt ($14,424.80), fair market value ($15,000), and turnover amount verified with dealership .

RE PROP# 17   Not in original schedules. Subject to Investors Community Bank lien (listed as approximately $4 million in Final Report docket #280)

Added in Final Report (docket #280)
See docket #280 (update to the schedules as reflected on Final Report).

**Major Activities Affecting Case Closing:**

All assets (except those itemized below) are subject to Motion for Relief from Stay granted prior to the conversion of the Chapter 11 case.

Undisclosed assets #15 and #16: Collected
Asset #9: Collected pursuant to Motion to Compromise docket #378 and Order Approving Motion to Compromise (docket #389)

All other assets subject to Amended Notice of Abandonment (docket #366) and Statement of Abandonment (docket #370).

Trustee has reviewed all claims, including Administrative Chapter 11 claims.

Accountant has been appointed by court and is preparing tax returns for closure of case.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020        **Current Projected Date Of Final Report (TFR):** 04/17/2020 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 15-33333 | Trustee Name: | Andrew N. Herbach (690130) |
|---|---|---|---|
| Case Name: | SCHOPF'S HILLTOP DAIRY, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6567 | Account #: | ******6766 Checking Account |
| For Period Ending: | 09/01/2020 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/07/17 | {15} | UNITED STATES TREASURY | Return of payment under cash collateral agreement | 1290-000 | 1,441.58 | | 1,441.58 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,431.58 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,421.58 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,411.58 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,401.58 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,391.58 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,381.58 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,371.58 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,361.58 |
| 05/17/18 | {16} | Jim Olson Motors | Turnover of equity in leased 2014 Chevrolet Silverado (after debt deducted from fair market value) | 1229-000 | 575.20 | | 1,936.78 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,926.78 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,916.78 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,906.78 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 1,896.78 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,891.78 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,886.78 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,881.78 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,876.78 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 5.00 | 1,871.78 |
| 02/08/19 | {9} | Land O Lakes, Inc | LAND O`LAKES INCAN 20190208I1B7032R00 6418 | 1149-000 | 321,729.78 | | 323,601.56 |
| 02/09/19 | {9} | Austin Mutual Insurance Company | $50,000 payment from CP Feeds. Payment pursuant to Motion to Compromise (docket #387) paragraph 5 and Order Approving Compromise (docket #389). | 1149-000 | 50,000.00 | | 373,601.56 |
| 02/09/19 | 101 | Investors Community Bank | Lien on proceeds of settlement pursuant to Motion to Compromise docket #378 and court order docket #389. Payment is one half of Land O'Lakes stock in the amount of $321,729.78 (total)/$160,864.89 (half) pursuant to paragraph 4 of Motion to Compromise docket #378. | 4210-000 | | 160,864.89 | 212,736.67 |

Page Subtotals: $373,746.56  $161,009.89

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                        ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 15-33333 | Trustee Name: | Andrew N. Herbach (690130) |
|---|---|---|---|
| Case Name: | SCHOPF'S HILLTOP DAIRY, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6567 | Account #: | ******6766 Checking Account |
| For Period Ending: | 09/01/2020 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/09/19 | 102 | Dennis Schopf | Lien on proceeds of settlement pursuant to Motion to Compromise docket #378 and court order docket #389. Payment is one half of Land O'Lakes stock in the amount of $321,729.78 (total)/$80,432.45(quarter) pursuant to paragraph 4 of Motion to Compromise docket #378. | 4210-000 | | 80,432.45 | 132,304.22 |
| 02/11/19 | {9} | Broadspire | $150,000 payment pursuant to paragraph 5 of Motion to Compromise docket #378 and Order approving compromise docket #389 (Purina) | 1149-000 | 150,000.00 | | 282,304.22 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 195.17 | 282,109.05 |
| 03/22/19 | 103 | Steinhilber, Swanson LLP | Payment pursuant to Court Order docket #399. Special Counsel for Trustee Fees | 3210-600 | | 71,138.97 | 210,970.08 |
| 03/22/19 | 104 | Steinhilber, Swanson LLP | Payment pursuant to court Order docket #399. Special Counsel for Trustee Expenses. | 3220-610 | | 361.79 | 210,608.29 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 224.14 | 210,384.15 |
| 04/30/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 196.19 | 210,187.96 |
| 05/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 178.51 | 210,009.45 |
| 06/28/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 161.10 | 209,848.35 |
| 07/31/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 189.72 | 209,658.63 |
| 08/30/19 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 172.32 | 209,486.31 |
| 09/30/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 166.43 | 209,319.88 |
| 10/31/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 189.25 | 209,130.63 |
| 11/29/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 160.42 | 208,970.21 |
| 12/31/19 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 188.93 | 208,781.28 |
| 01/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 176.85 | 208,604.43 |
| 02/28/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 159.58 | 208,444.85 |
| 03/05/20 | | Transfer Debit to Metropolitan Commercial Bank acct ******3533 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX3533 | 9999-000 | | 208,444.85 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 523,746.56 | 523,746.56 | $0.00 |
| Less: Bank Transfers/CDs | | 0.00 | 208,444.85 | |
| **Subtotal** | | 523,746.56 | 315,301.71 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$523,746.56** | **$315,301.71** | |

Case 15-33333-gmh    Doc 421    Filed 09/10/20    Page 16 of 19

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| | |
|---|---|
| Case No.: | 15-33333 |
| Case Name: | SCHOPF'S HILLTOP DAIRY, LLC |
| Taxpayer ID #: | **-***6567 |
| For Period Ending: | 09/01/2020 |

| | |
|---|---|
| Trustee Name: | Andrew N. Herbach (690130) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******3533 Checking Account |
| Blanket Bond (per case limit): | $1,500,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Deposit $ | 7 Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/20 | | Transfer Credit from Mechanics Bank acct ******6766 | Transition Credit from Mechanics Bank acct XXXXXX6766 | 9999-000 | 208,444.85 | | 208,444.85 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 166.58 | 208,278.27 |
| 06/15/20 | 1000 | Dennis Schopf (Order #89) | Distribution payment - Dividend paid at 100.00% of $9,840.00; Claim # S1; Filed: $9,840.00 | 4210-000 | | 9,840.00 | 198,438.27 |
| 06/15/20 | 1001 | Prudence Kilby, CPA | Distribution payment - Dividend paid at 100.00% of $2,250.00; Claim # ACCT; Filed: $2,250.00 | 3410-000 | | 2,250.00 | 196,188.27 |
| 06/15/20 | 1002 | Andrew N. Herbach | Combined trustee compensation & expense dividend payments. | | | 29,735.73 | 166,452.54 |
| | | Andrew N. Herbach | Claims Distribution - Thu, 04-30-2020 $29,437.33 | 2100-000 | | | |
| | | Andrew N. Herbach | Claims Distribution - Thu, 04-30-2020 $298.40 | 2200-000 | | | |
| 06/15/20 | 1003 | United States Trustee's Office | Distribution payment - Dividend paid at 100.00% of $6,500.00; Claim # 34; Filed: $6,500.00 | 2950-000 | | 6,500.00 | 159,952.54 |
| 06/15/20 | 1004 | Wenzel Dairy Business Consulting LLC (Order #281) | Distribution payment - Dividend paid at 38.71% of $5,444.00; Claim # A1; Filed: $5,444.00 | 6700-340 | | 2,107.63 | 157,844.91 |
| 06/15/20 | 1005 | Martin J. Cowie (Order #284) | Distribution payment - Dividend paid at 38.71% of $1,312.50; Claim # A2; Filed: $1,312.50 | 6700-000 | | 508.13 | 157,336.78 |
| 06/15/20 | 1006 | The Cooperative Finance Association, Inc. (Order 343) | Distribution payment - Dividend paid at 38.71% of $95,367.69; Claim # A3; Filed: $95,367.69 | 6910-000 | | 36,921.32 | 120,415.46 |
| 06/15/20 | 1007 | S & B Farm LLC (Order #357) | Distribution payment - Dividend paid at 38.71% of $196,207.62; Claim # 19-3; Filed: $420,928.26 | 6910-000 | | 75,961.20 | 44,454.26 |
| 06/15/20 | 1008 | Wisconsin Department of Revenue <b>(ADMINISTRATIVE)</b> | Distribution payment - Dividend paid at 38.71% of $2,876.15; Claim # 21; Filed: $2,876.15 | 6820-000 | | 1,113.49 | 43,340.77 |
| 06/15/20 | 1009 | GreenStone Farm Credit Services (Order #283) | Distribution payment - Dividend paid at 38.71% of $456.25; Claim # 22E; Filed: $2,156.25 | 6420-000 | | 176.63 | 43,164.14 |
| 06/15/20 | 1010 | GreenStone Farm Credit Services (Order #283) | Distribution payment - Dividend paid at 38.71% of $1,700.00; Claim # 22F; Filed: $2,156.25 | 6410-000 | | 658.15 | 42,505.99 |
| 06/15/20 | 1011 | Kerkman Wagner & Dunn (Order #300) | Distribution payment - Dividend paid at 38.71% of $32.60; Claim # 26E; Filed: $14,015.60 | 6710-150 | | 12.62 | 42,493.37 |
| 06/15/20 | 1012 | Kerkman Wagner & Dunn (Order #300) | Distribution payment - Dividend paid at 38.71% of $13,983.00; Claim # 26F; Filed: $14,015.60 | 6700-140 | | 5,413.48 | 37,079.89 |
| 06/15/20 | 1013 | Petrie + Pettit (Order #299) | Distribution payment - Dividend paid at 38.71% of $4,526.00; Claim # 29; Filed: $6,603.00 | 6700-140 | | 1,752.23 | 35,327.66 |
| 06/15/20 | 1014 | Steinhilber, Swanson LLP (Order #282) | Distribution payment - Dividend paid at 38.71% of $4,442.88; Claim # 32E; Filed: $95,643.13 | 6220-170 | | 1,720.05 | 33,607.61 |
| 06/15/20 | 1015 | Steinhilber, Swanson LLP (Order #282) | Distribution payment - Dividend paid at 38.71% of $83,527.75; Claim # 32F; Filed: $95,643.13 | 6210-160 | | 32,337.52 | 1,270.09 |

Page Subtotals: $208,444.85   $207,174.76

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record
Exhibit 9
Page: 4

| Case No.: | 15-33333 | Trustee Name: | Andrew N. Herbach (690130) |
|---|---|---|---|
| Case Name: | SCHOPF'S HILLTOP DAIRY, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6567 | Account #: | ******3533 Checking Account |
| For Period Ending: | 09/01/2020 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/15/20 | 1016 | State of Wisconsin, DWD, Unemployment Insurance <b>(ADMINISTRATIVE)</b> | Distribution payment - Dividend paid at 38.71% of $3,280.64; Claim # 33; Filed: $3,280.64 | 6820-000 | | 1,270.09 | 0.00 |
| | | | **COLUMN TOTALS** | | 208,444.85 | 208,444.85 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 208,444.85 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 208,444.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $208,444.85 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 15-33333 | **Trustee Name:** | Andrew N. Herbach (690130) |
| **Case Name:** | SCHOPF'S HILLTOP DAIRY, LLC | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6567 | **Account #:** | ******3533 Checking Account |
| **For Period Ending:** | 09/01/2020 | **Blanket Bond (per case limit):** | $1,500,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6766 Checking Account | $523,746.56 | $315,301.71 | $0.00 |
| ******3533 Checking Account | $0.00 | $208,444.85 | $0.00 |
| | $523,746.56 | $523,746.56 | $0.00 |